UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL ROBERT GRAYBILL,<br>5610 Berkeley Rd.<br>Goleta, CA 93117<br><br>    Plaintiff,<br><br>  v.<br><br>U.S. SECRET SERVICE,<br>c/o U.S. Attorney's Office<br>601 D Street, NW<br>Washington, DC 20530<br><br>    Defendant. | Civil Action No. 23-2609 |

## NOTICE OF REMOVAL OF A CIVIL ACTION

Defendant U.S. Secret Service ("Secret Service"), by and through undersigned counsel, hereby files this Notice of Removal pursuant to 28 U.S.C. §§ 1442(a)(1) and 1446. In support of the Notice, Defendant states as follows:

1. Defendants are in receipt of a Complaint in the case *Michael Robert Graybill v. U.S. Secret Service*, 23-CAB-004165, filed in the Civil Division of the Superior Court of the District of Columbia (the "Civil Action") on July 12, 2023. Although Defendant was finally served on July 13, 2023, the U.S. Attorney's Office has yet to be served with a copy of the Complaint in the Civil Action. A copy of the Complaint is attached hereto as Exhibit A.

2. Defendant is a component, agency, or official of the United States. Removal of this matter is, therefore, authorized pursuant to 28 U.S.C. § 1442(a)(1).

3. A notice of filing of this Notice of Removal will be filed in the Superior Court of the District of Columbia.

- 2 -

WHEREFORE, the action now pending in the Superior Court of the District of Columbia is properly removed to this Court pursuant to 28 U.S.C. §§ 1442(a)(1) and 1446.

Dated: September 7, 2023
Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division


By: _____/s/ John Moustakas_____
JOHN MOUSTAKAS, D.C. BAR #442076
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2518

*Attorneys for the United States of America*

## **CERTIFICATE OF SERVICE**

On September 7, 2023, I caused Defendant's Notice of Removal of a Civil Action to be served upon Plaintiff by first-class mail to the following address:

MR. ROBERT GRAYBILL
5610 Berkeley Rd.
Goleta, CA 93117

/s/ *John Moustakas*
JOHN MOUSTAKAS
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2518

- 3 -